636 A.2d 627

Cynthia M. MALESKI, Insurance Commissioner of the Commonwealth of Pennsylvania, as Rehabilitator of The Mutual Fire, Marine and Inland Insurance Company, and Ronald G. Aller, et al.

v.

EVANSTON INSURANCE COMPANY

Appeal of Cynthia M. MALESKI.

Supreme Court of Pennsylvania.

Argued Jan. 25, 1994.

Decided Feb. 15, 1994.

Richard DiSalle, Roger Curran, Mary J. Lynch, for C.M. Maleski.

James J. Binns, for Evanston Ins. Co.

James P. Gannon, for John Gannon.

John M. Elliott, Mark Schwemler, Frederick P. Santarelli, for Reilly, Kelly & Westerman.

Gene E.K. Pratter, for J.A. Gallagher.

Barry E. Ungar, Janet Stern Holcombe, for J.P. Fagan.

Edward C. Mengel, Jr., for R.G. Aller.

C. Schwartzman, for J. Hyde.

Richard H. Martin, for J.A. Matlack.

Patrick J. O'Connor, for E. McBowers.

John J. Barrett, Jr., for W.F. Howes.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and CASTILLE, JJ.

## ORDER

PER CURIAM:

Order affirmed.

MONTEMURO, Senior Justice, did not participate in the consideration or decision of this case.

PAPADAKOS, J., dissents.